# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  06-cv-01859-LTB-PAC

JESSIE CLUFF,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES GOVERNMENT,
UNITED STATES MARSHALS SERVICE, and
DOES 1-25,

    Defendants.
_____

## ORDER OF RECUSAL
_____

The undersigned, as Chair of the Court Security Committee, has in years past and does continue to work closely with the United States Marshals Service for the District of Colorado concerning all aspects of the Courts' security for the Federal Courts Complex. As such, I find and conclude that my ability to fairly and impartially preside in the above-captioned action is compromised.  Accordingly

IT IS ORDERED that the undersigned hereby recuses in the above-captioned matter and directs that it be returned to the office of the Clerk of Court for redraw.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Chief Judge

DATED:  September 21, 2006