IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 06-cv-01859-WDM-PAC

JESSE CLUFF,                              )
                                          )
      Plaintiff,                          )
                                          )
vs.                                       )
                                          )
UNITED STATES OF AMERICA, ET AL. )
                                          )
      Defendants.                         )

## STIPULATED PROTECTIVE ORDER

In order to permit the plaintiff to discover information that may be relevant to this case without undermining the government's right to protect certain confidential law enforcement information contained in the document in question from public disclosure, the parties, subject to the Court's approval, hereby stipulate and agree to the limitations and procedures contained in this Stipulated Protective Order.

1. This Stipulated Protective Order applies to United States Marshals Service Policy Directive 9.2.

2. The undersigned hereby agrees that the United States Marshals Service will release three (3) copies of this document to plaintiff's counsel for the purposes of use in this litigation only. Plaintiff's counsel shall not make any further copies of this document and shall prevent the dissemination of the three (3) copies to the general public.

3. The undersigned further agrees that plaintiff's counsel will limit disclosure of the three (3) copies of this document to the following categories of persons: plaintiff, plaintiff's expert witnesses, and legal assistants to plaintiff's counsel. Prior to disclosure of this document to any persons in these categories, those persons will be required to sign the attached Confidentiality Agreement. Plaintiff's counsel shall forward copies of all signed Confidentiality Agreements to defense counsel for the purposes of maintaining records of all persons in receipt of copies of this document.

4. Upon the close of litigation in the above-referenced case, the undersigned agrees that plaintiff's counsel shall return all three (3) copies of this document to defense counsel.

5. Each party included under this Stipulated Protective Order shall take all necessary precautions to prevent public disclosure of this document, including, but not limited to physically securing, safeguarding, and restricting access to this document. The confidentiality of this document shall be maintained in perpetuity.

6. Any allegations of abuse or violation of this order shall be considered by the Court. If an allegation of abuse or violation of this order is found, the Court may take disciplinary action against the appropriate parties.

SO ORDERED this 14th day of May, 2007

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED:

s/Charles A. Gruber                      s/John W. Zavitz

| Charles A. Gruber | John W. Zavitz |
|---|---|
| Attorney at Law | U.S. Attorney's Office-Albuquerque |
| P.O. Box 900122 | P.O. Box 607 |
| Sandy UT 84090 | Albuquerque, NM 87103 |
| Telephone:(801)577-4973 | Telephone:(505)224-1505 |
| Fax:(801) 523-3340 | Fax:(505)346-7205 |
| Email:Email:gruber@aros.net | Email:John.Zavitz@usdoj.gov |
| Attorney for Plaintiff | Attorney for all Defendants |