IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 06-cv-01859-WDM-KLM

JESSE CLUFF,                        )
                                    )
    Plaintiff,                     )
                                    )
vs.                                 )
                                    )
UNITED STATES OF AMERICA, ET AL.    )
                                    )
    Defendants.                    )

## STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own costs.

This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(ii), <u>Federal Rules of Civil Procedure</u>.

                                                  <u>/s/ Charles A. Gruber</u>
                                                  Charles A. Gruber
                                                  Attorney at Law
                                                  P.O. Box 900122
                                                  Sandy UT 84090
                                                  Telephone:(801)577-4973
                                                  Fax:(801) 523-3340
                                                  Email:Email:gruber@aros.net
                                                  Attorney for Plaintiff

/s/John W. Zavitz
John W. Zavitz
U.S. Attorney=s Office-Albuquerque
P.O. Box 607
Albuquerque, NM 87103
Telephone:(505)224-1505
Fax:(505)346-7205
Email:John.Zavitz@usdoj.gov
Attorney for all Defendants